# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A MISCELLANEOUS CASE

**Quentin La Grande**

    vs.                **CASE NUMBER: 1:10-MC-28 (NAM)**

**Lowe's Home Improvement**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is ordered that Quentin La Grande's Motion for Leave to File this action is denied and the matter is closed; further ordered that the Motion for Leave to Proceed in forma pauperis is denied as moot.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 12th day of May, 2010.

DATED: May 13, 2010

*[signature]*
Clerk of Court

s/

_____

By: Joanne Bleskoski
Deputy Clerk